

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00158-CV

Melissa Marie Garcia
v.
David R. De Jesus

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Cause No. S-13-5317CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

July 16, 2015.